VICTORIA STANIEWSKI, Respondent, *v.* JOHN J. JOHNSTON, Appellant.

*Real property — judgment — action to set aside lien of judgment against real property.*

*Staniewski* v. *Johnston*, 198 App. Div. 966, affirmed.

(Argued April 27, 1922; decided May 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 28, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was brought to set aside the lien of a judgment against real property. The judgment debtor, who was the owner of adjoining parcels of land, had several years before the entry of the judgment conveyed one of them to plaintiff. It was the contention of plaintiff that at the time of such conveyance to her of one parcel, it was the intention of both parties to convey to her both parcels of land and that they believed that both parcels had been conveyed, but that through inadvertence on the part of the drafter of said deed, the deed failed to include a description of the premises in suit; that plaintiff believed at all times that she was the actual owner of said premises, and lived in it for a time, collected and kept the rents and paid the taxes; that after she discovered in September, 1920, that she was not the record owner, she secured a deed thereof from the judgment debtor and that the latter deed was given to effect the intention of the parties, when the deed to No. 32 Descher street was given in 1909.

*Joseph A. Wechter* for appellant.

*Paul J. Batt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.